**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

|  |  |  |
|---|---|---|
| SNAP EDGE CORPORATION, | ) ) ) | |
| Plaintiff and Counterclaim Defendant, | ) ) ) | |
| vs. | ) ) | Civil Action No. 04-3376 RHK/RLE |
| AVON PLASTICS, INC. | ) ) | |
| Defendant and Counterclaimant. | ) ) ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated, by and between the above-identified parties, through their undersigned counsel, that the complaint and counterclaim may be dismissed without prejudice and without costs to any party.

Dated:  March 18, 2005                     KELLY & BERENS, P.A.


By:   s/Daniel C. Bryden
      Madge S. Thorsen (#109666)
       Daniel C. Bryden (#0302284)
      3720 IDS Center
      80 South Eighth Street
      Minneapolis, MN  55402
      Telephone:  (612) 349-6171

      James H. Marsh, Jr.
      STINSON MORRISON HECKER LLP
      1201 Walnut Street
      Kansas City, MO  64106-2150
      Telephone: (816) 842-8600

      *Attorneys for Plaintiff Snap Edge Corporation*

AVON PLASTICS, INC.

Dated:  March 16, 2005          By:     s/Michael S. Neustel
                                        Michael S. Neustel
                                        Benjamin C. Diederick
                                        NEUSTEL LAW OFFICES, LTD
                                        2534 South University Drive, Suite 4
                                        Fargo, North Dakota 58103
                                        Telephone: (701) 281-8822
                                        Facsimile: (701) 237-0544
                                        E-Mail: michael@neustel.com
                                        E-Mail:  benjamin@neusel.com